1  JODI LINKER
2  Federal Public Defender
   Northern District of California
3  ELIZABETH FALK
   Assistant Federal Public Defender
4  19th Floor Federal Building - Box 36106
   450 Golden Gate Avenue
5  San Francisco, CA 94102
   Telephone:   (415) 436-7700
6  Facsimile:    (415) 436-7706
   Email:          elizabeth_falk@fd.org
7
8  Counsel for Defendant STEWART
9
10                  IN THE UNITED STATES DISTRICT COURT
11                FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                          SAN FRANCISCO DIVISION
13

| UNITED STATES OF AMERICA, | Case No.: CR 22-461 JD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | |
| RHIANNON STEWART, | |
| Defendant. | |

The above captioned matter is scheduled for sentencing on January 27, 2025. Undersigned defense counsel has been summoned to jury duty that day, and therefore, the parties and U.S. Probation agree that sentencing be continued to February 3, 2025 at 10:30 a.m.

\\
\\
\\
\\
\\

STIPULATED ORDER
*STEWART*, CR 22-461JD

IT IS SO STIPULATED.

| | |
|---|---|
| January 24, 2025<br>Dated | ISMAIL RAMSEY<br>United States Attorney<br>Northern District of California |
| | /S<br>NICHOLAS PARKER<br>Assistant United States Attorney |
| January 24, 2025<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | /S<br>ELIZABETH FALK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| January 24, 2025<br>Dated | JAMES DONATO<br>United States District Judge |